NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNILOC 2017 LLC,**
*Appellant*

**v.**

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

_____

2023-1023

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01668.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of the notice of intervention, ECF No. 18, and Uniloc 2017 LLC's unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), ECF No. 20,

IT IS ORDERED THAT:

2                                                    UNILOC 2017 LLC v. VIDAL

(1)  The official caption and short caption are revised in light of the addition of the intervenor, as reflected in this order.

(2)  The motion is granted.  The appeal is dismissed.

(3)  The parties shall bear their own costs.

FOR THE COURT

March 16, 2023                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court

ISSUED AS A MANDATE:  March 16, 2023